# DENNER ASSOCIATES, P.C.

COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON, MA 02114
TELEPHONE: (617) 227-2800 • TELEFAX: (617) 973-1562

FILED
IN CLERKS OFFICE

2006 MAR 23 P 1: 04

March 21, 2006

U.S. DISTRICT COURT
DISTRICT OF MASS.

**BY FIRST CLASS MAIL**

Ms. Elizabeth Sonnenberg
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: **Ronald Qualls v. Louis Russo**
     **United States District Court Docket No. 0510888NMG**

Dear Ms. Sonnenberg:

Per our conversation today, kindly close out Ronald Qualls v. United States of America, Docket No. 05-12341-NMG which was filed on November 15, 2005. There seems to be some confusion of where this docket came from, but this Docket should never have been opened. The only docket that should be open is Ronald Qualls v. Louis Russo, Docket No. 0510888NMG.

Sorry for any inconvenience this may have caused. If you should have any questions, please feel free to me at (617) 227-2800.

Sincerely,

*Courtney Mills*

Courtney Mills
Legal Assistant to
Brad Bailey

cc: Assistant A.G. Maura McLaughlin